IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03392-BNB

PHILLIP DAVID HASKETT,

     Plaintiff,

v.

GARY WOODROW FLANDERS,
COLORADO SPRINGS POLICE DEPARTMENT OFFICER DOMINICK LUNA, both
personally and in his official capacity, and
THE COLORADO SPRINGS POLICE DEPARTMENT, A DEPARTMENT OF THE CITY
OF COLORADO SPRINGS, COLORADO,

     Defendants.

---

## ORDER TO DRAW CASE

---

     After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR

8.1(c).  Accordingly, it is

     ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

     DATED December 20, 2013, at Denver, Colorado.

                    BY THE COURT:

                    s/ Boyd N. Boland
                    United States Magistrate Judge