IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03392-RBJ-KLM

PHILLIP DAVID HASKETT,

    Plaintiff,

v.

GARY WOODROW FLANDERS,
DOMINICK LUNA, Colorado Springs Police Department Officer, in his individual and official capacities, and
THE COLORADO SPRINGS POLICE DEPARTMENT, a Department of the City of Colorado Springs, Colorado,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Dominick Luna and the Colorado Springs Police Department's **Opposed Motion for Protective Order** [#43] (the "Motion"). In the Motion, these Defendants seek an order staying all discovery until resolution of their pending Motion to Dismiss [#37]. However, the Motion is premature, as a Scheduling Conference has not yet been set in this matter and the Court has not been informed that a Rule 26(f)(1) conference, which triggers the time for making initial disclosures and the time for commencement of discovery, has been held. Until the Rule 26(f)(1) conference is held, there is no deadline to make disclosures and no party is permitted to conduct discovery. *See* Fed. R. Civ. P. 26(a)(1)(C) and (D). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#43] is **DENIED without prejudice**.

    Dated: May 7, 2014