IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03392-RBJ-KLM

PHILLIP DAVID HASKETT,

    Plaintiff,

v.

GARY WOODROW FLANDERS,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Emergency Rule 37 Motion to Compel Discovery and Request for Sanctions** [#95] (the "Motion"). Defendant served written discovery requests on Plaintiff on May 18, 2015. *Motion* [#95] at 2. However, Plaintiff has thirty days in which to respond to written discovery, *see* Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A), 36(a)(3), and the discovery deadline (with one immaterial exception, *see Order* [#93]) expired on May 22, 2015. *See* [#74]. Defendant therefore did not serve his written discovery requests on Plaintiff in a timely manner, i.e., thirty days or more before the discovery deadline. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#95] is **DENIED**.

    Dated: June 30, 2015