IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:     13-cv-03392-RBJ-KLM | Date:  July 28, 2015 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| PHILLIP HASKETT<br>**Plaintiff** | *Pro Se* |
| v. | |
| GARY WOODROW FLANDERS<br>**Defendant** | *Pro Se* |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

Court in Session:  9:29 a.m.

Appearance of *pro se* parties.

Discussion held on disclosures.

**ORDERED:   Defendant's Rule 26(a) disclosures were not timely filed and are STRICKEN.**

**The following witnesses ONLY will be allowed to be called at trial:
Phillip Haskett
Gary Flanders
Gordon Carvill
Gene Capps
Brenda Capps
Ralph Hemenway
Dominick Luna
Amber Carpenter**

Discussion held on exhibits.

Parties are excused to discuss settlement off record.

Parties are intent on proceeding to trial.

Jury instructions reviewed and ruled upon as stated on the record.  Parties are instructed on proper form of instructions.

**ORDERED:   Defendant is to submit photographs to the plaintiff in CD format within a week as stated on the record.**

Continued review of jury instructions.

Discussion held on Plaintiff's Motion in Limine.

**ORDERED:   [113] Motion in Limine is GRANTED IN PART and DENIED IN PART as stated on the record.**

**Request for parties to submit voir dire questions prior to the trial is DENIED.**

Additional discussion and rulings on disclosures and evidence.

Discussion held on trial practices.  Case will be tried to a jury of six.

Discussion held on letter the defendant wants in at trial.

Court in Recess:  11:12 a.m.           Hearing concluded.           Total time in Court:  01:43