IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-03392-RBJ-KLM | Date: | August 17, 2015 |
| Courtroom Deputy: | Robert R. Keech | Court Reporter: | Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| **PHILLIP DAVID HASKETT,** | *Pro Se* |
| Plaintiff | |
| v. | |
| **GARY WOODROW FLANDERS,** | *Pro Se* |
| Defendant | |

## COURTROOM MINUTES

**BENCH TRIAL DAY ONE**

**Court in Session: 9:01 a.m.**

Jurors not present.

Appearances of parties.

Discussion regarding timing for trial and preliminary matters.

9:05 a.m.   Both parties waive jury demand.

**ORDERED:** Court will assess jury costs.

9:06 a.m.   Discussion regarding preliminary matters and two motions filed by Plaintiff this morning.

**ORDERED:** Plaintiff's Motion in Limine to Restrict Testimony at Trial to Answers Flanders Provided in Deposition Testimony or, in the Alternative, Motion to Strike Flanders' Answer and Enter Default as a Sanction for Continued Discovery Violations Pursuant to Rule 37 [ECF Doc. No. 132], filed August 17, 2015, is **DENIED.**

|  |  |
|---|---|
| **ORDERED:** | Plaintiff's Motion in Limine to Strike Defendant Flanders' Untimely Pre-Trial Disclosure and Exclude All Undisclosed Evidence and Witnesses [ECF Doc. No. 131], filed August 17, 2015, is **DENIED.** |
| 9:10 a.m. | Opening statement by plaintiff by Mr. Haskett. |
| 9:22 a.m. | Opening statement by defendant by Mr. Flanders. |
| 9:50 a.m. | Plaintiff's witness, **Phillip David Haskett,** called and sworn. |
| 9:50 a.m. | Direct examination of Mr. Haskett by Mr. Haskett. **Exhibits 50, 7, 9 admitted.** |
| **10:23 a.m.** | **Court in recess.** |
| **10:35 a.m.** | **Court in session.** |
| 10:35 a.m. | Plaintiff's witness, **Phillip David Haskett**, resumes. |
| 10:35 a.m. | Direct examination of Mr. Haskett by Mr. Haskett continues. **Exhibits 62, 63, 48, 52, 15, 10 not admitted.** **Exhibits 31, 32, 33, 34, 35, 36, 37, 3, 2, 4, 5, 6, 12 (limited purpose), 41, 42, 43 admitted.** |
| **12:00 p.m.** | **Court in recess.** |
| **12:59 p.m.** | **Court in session.** |
| 12:59 p.m. | Discussion regarding additional page to exhibit 43.  No objection by defendant. |
| 1:00 p.m. | Defendant requests sequestration of witnesses. |
| **ORDERED:** | Witnesses shall be sequestered during trial. |
| 1:01 p.m. | Plaintiff's witness, **Brenda Capps,** called and sworn. Direct examination of Ms. Capps by Mr. Haskett. |
| 1:12 p.m. | Cross examination of Ms. Capps by Mr. Flanders. |
| 1:15 p.m. | Re-Direct examination of Ms. Capps by Mr. Haskett. |
| 1:18 p.m. | Plaintiff's witness, **Gene Capps**, called and sworn. Direct examination of Mr. Capps by Mr. Haskett. |
| 1:28 p.m. | Cross examination of Mr. Capps by Mr. Flanders. |

| | |
|---|---|
| 1:33 p.m. | Re-Direct examination of Mr. Capps by Mr. Haskett. |
| 1:36 p.m. | Court's examination of witness. |
| 1:41 p.m. | Re-Direct examination of Mr. Capps by Mr. Haskett. |
| 1:43 p.m. | Plaintiff's witness, **Phillip David Haskett**, resumes. |
| 1:43 p.m. | Direct examination of Mr. Haskett by Mr. Haskett continues.<br>**Exhibits 21, 20, 26, 49 (page 1 only), 1 admitted.**<br>**Exhibits 19, 18, 17, 25 not admitted.** |
| **2:28 p.m.** | **Court in recess.** |
| **2:42 p.m.** | **Court in session.** |
| 2:42 p.m. | Plaintiff's witness, **Phillip David Haskett,** resumes. |
| 2:42 p.m. | Cross examination of Mr. Haskett by Mr. Flanders.<br>**Exhibits X, Y, Z, AA admitted.** |
| 3:38 p.m. | Re-Direct examination of Mr. Haskett by Mr. Haskett. |
| 3:46 p.m. | Discussion regarding schedule of witnesses for tomorrow. |

**Court in Recess: 3:48 p.m.**
**Trial continued.**
**Total time in Court:  5:22**